IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SANDY COLSTON,<br><br>　　*Plaintiff*,<br><br>v.<br><br>DOLLAR TREE STORES, INC., and JOHN DOE, INC.,<br><br>　　*Defendants*. | CIVIL ACTION NO.<br>5:22-cv-00057-TES |

**ORDER GRANTING CONSENT MOTION TO REMAND**

Before the Court is the parties' Consent Motion to Remand [Doc. 5] the above-captioned case to the State Court of Bibb County based on Plaintiff's stipulation that her damages "do not exceed the $75,000 amount in controversy requirement under 28 U.S.C. § 1332." *See* [Doc. 5-1, p. 2]. Given that the Court lacks subject-matter jurisdiction, the Court **GRANTS** their Consent Motion to Remand [Doc. 5], and it **REMANDS** this case to the State Court of Bibb County, Georgia.

**SO ORDERED**, 2/22/22.

　　　　　　　　　　　　　　　　　　　S/ Tilman E. Self, III
　　　　　　　　　　　　　　　　　　　**TILMAN E. SELF, III, JUDGE**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**