IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SANDY COLSTON, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00057-TES |
| | * |
| DOLLAR TREE STORES INC, et al., | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated February 22, 2022, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Bibb County, Georgia.

This 24th day of February, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk